ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANK G. CLARK, III                 \*
26 E. Edinburgh Drive
New Castle, DE 19720                 \*

    Plaintiff                                 \*

v.                                      \*     CIVIL ACTION NO: 08-403

MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL SECURITY     \*

    Defendant                            \*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT

1. Plaintiff is a resident of New Castle, Delaware.

2. Plaintiff complains of a decision against him bearing the following caption:

   IN THE CASE OF:                 CLAIM FOR:

   FRANK G. CLARK, III             Period of Disability and
                                                   Disability Insurance Benefits

3. The date of the final decision by the Secretary against Plaintiff is: May 2, 2008.

4. Plaintiff claims that the final decision of the Secretary is erroneous as a matter of fact and as a matter of law.

WHEREFORE, Plaintiff seeks judicial review by this Court pursuant to 42 U.S.C. §405(g), and entry of judgment for such relief as may be proper, including costs.

Grady & Hampton, LLC

Date: June 16, 2008

Lawrence P. Demuth, Esquire
Trial Bar No: 27742
Mignini & Raab, LLP
2015 Emmorton Road, Ste. 202
Bel Air, Maryland 21015
(410) 803-2900
Attorneys for Plaintiff

**GRADY & HAMPTON, LLC**

JOHN S. GRADY
STEPHEN A. HAMPTON

6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

July 10, 2008

U.S. District Court
ATTN: Ron Eberhard
844 N. King Street
Lock Box 18
Wilmington, DE 19801

    RE:    **Frank Clark v. Astrue**
             C.A. No.: 08-403

Dear Mr. Eberhard:

    Enclosed is the original copy of the Acknowledgment for Notice of Availability, the Complaint and the Motion for Admission Pro Hac Vice all of which I have signed. I have also enclosed a CD with all of the above referenced documents on it.

    Should you have any questions or concerns, please do not hesitate to contact me.

                                      Sincerely yours,

                                      John S. Grady

JSG:tmj
Enclosures
cc:    Lawrence Demuth, Esq.

FILED 2008 JUL 11 PM 1:52 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 4 ᴜ 3 _____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_1\_\_\_ COPIES OF AO FORM 85.

\_\_\_7/2/07_____          X \_\_\_\_[signature]_____
(Date forms issued)                           (Signature of Party or their Representative)

                                   X \_\_\_John S Grady_____
                                          (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action