Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Frank G. Clark, III            )
                               )    Civil Action No.
v.                             )
Michael Astrue, Commissioner   )
Social Security Administration

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lawrence P. Demuth to represent Frank G. Clark, III in this matter.

Signed: _____
John S. Grady
(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Attorney for: Frank G. Clark, III

Date: 7/10/08

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Lawrence P. Demuth
Date: _____

(Applicant's Address)    Mignini & Raab, LLP
                         2015 Emmorton Road, Suite 202
                         Bel Air, MD  2101

5

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 2004,

### Lawrence P. Demuth

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this nineteenth day of June, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland