IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK G. CLARK, III | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.   08-403-GMS |
| | ) |
| MICHAEL ASTRUE | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 10th day of July, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

